ELIZA F. COLES, Appellant, v. JOHN J. CARROLL et al., Respondents, Impleaded with Others.

(Submitted November 19, 1934; decided November 27, 1934.)

*Conrad H. Sullivan* and *John J. Dillon* for motion. No one opposed.

Motion to dismiss appeal on ground that it cannot be taken as matter of right denied as the judgment appealed from is one of modification.

Motion to dismiss appeal on ground no undertaking has been filed granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant within ten days pays ten dollars costs and files undertaking, in which event the motion is denied.